**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01548-REB-PAC

PABLO (PAUL) HERNANDEZ,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

**AMENDED**[1]
ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Patricia A. Coan is designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(**X**)    Conduct hearings, including evidentiary hearings, and submit proposed

---

[1] The court's Order of Reference [#4], entered August 9, 2006, is AMENDED to reflect that the magistrate shall conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

       findings of fact and recommendations for rulings on dispositive motions.

    (X)    Conduct a pretrial conference and enter a pretrial order.

    IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

    Dated September 27, 2006, at Denver, Colorado.

                         **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**
                      **United States District Judge**